-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BRENDA L. FREEMAN,

          Plaintiff,

          -v-                                   **DECISION AND ORDER**
                                                      12-CV-6333CJS

COLDIRON FUEL,

          Defendant.
_____

      Plaintiff has submitted a complaint to the Court without a fee or an application to proceed as a poor person. The Court is unable to accept the papers for filing in the form in which they have been received. In order to file an action, plaintiff must either pay the fee of $350.00 or submit an application for waiver of the fee on the basis that she cannot afford the fee.

      The Clerk of the Court is directed to send plaintiff a form application to proceed as a poor person. By **July 31, 2012**, plaintiff must **either** submit the application form with a completed and signed prison certification and authorization form **or** pay the full filing fee of $350.00. Plaintiff is forewarned that failure to comply with this order by either submitting the application with a signed certification section or paying the filing fee by the designated date will result in the dismissal of this case without prejudice.

      The Clerk of the Court is also directed to send plaintiff a form application to file a Title VII action.

If plaintiff has not complied with this order by **July 31, 2012**, the Clerk of the Court is directed to close this case as dismissed without prejudice without further order.

IT IS SO ORDERED.

                                                  HONORABLE RICHARD J. ARCARA
                                                  DISTRICT COURT

Dated:     June 29, 2012