UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BRENDA L. FREEMAN,

        Plaintiff,

   -v-

COLDIRON FUEL,

        Defendant.

---

12-CV-6333CJS
ORDER

Plaintiff *pro se* Brenda Freeman timely filed an action involving employment discrimination on June 21, 2012. By Order dated July 3, 2012, plaintiff was directed to pay the fee of $350 or submit an application to waive the fee on the basis that she is a poor person. Ms. Freeman submitted a postal money order for $50.00 by the deadline set by the Court. The money order was returned to plaintiff because the Court Clerk cannot accept partial payment of the fee. The Court interprets plaintiff's partial payment as a request for an extension of time to submit either the fee or a motion for poor person status. Accordingly, the Clerk of the Court is directed to send plaintiff a form application to proceed as a poor person and a form application to file a Title VII action. Plaintiff is granted an extension of time to pay the fee or submit an application to proceed without prepayment of the fee. Plaintiff must either submit the *in forma pauperis* application form or pay the filing fee of $350.00 by **October 22, 2012.**

    SO ORDERED.

DATED:   9/13, 2012
Buffalo, New York

                                JOHN T. CURTIN
                            United States District Judge